No. 99–5278.  SHAKUR *v.* HAWK, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 99–5279.  SMITH *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 99–5280.  PUCKETT *v.* KAYLO, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–5281.  WILLIAMSON *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 99–5284.  DANIEL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–5285.  STROBLE *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–5286.  RIOS-GARZA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–5288.  KELLER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–5289.  MCCLAINE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–5290.  MYLES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–5293.  JENKINS *v.* ABRAMS ET UX.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 99–5296.  SPEARS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–5297.  CRUZ *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–5298.  MARSHALL *v.* ALABAMA DISABILITY DETERMINATION SERVICE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–5299.  MARSHALL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.